IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-123-D
No. 5:16-CV-651-D

| | |
|---|---|
| CHRISTOPHER JASON WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States shall file a response to petitioner's motion to reduce sentence [D.E. 96].

The response is due not later than October 22, 2021.

SO ORDERED. This 29 day of September, 2021.

JAMES C. DEVER III
United States District Judge